AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nicole Collins**
was received by me on *(date)* X_____.

☐ I personally served the summons on the individual at *(place)* **1300 Broadway Denver CO 80203** on *(date)* **10-18-2023** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10-18-2023**

*Server's signature*

**David B. Gallegos**
*Printed name and title*

**2200 Blue Mountain Ave. Berthoud CO 80513**
*Server's address*

ce, etc:

**RECEIVED**
10/18/23
1:43
OCT 18 2023
Office of the Attorney General

Nicole Collins